# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147485

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LEON JUNIOR HARRIS, a/k/a LEON HARRIS
JUNIOR, a/k/a LEON HARRIS JR.,
      Defendant-Appellant.

SC: 147485
COA: 311500
Wayne CC: 08-002516-FC

_____/

      On order of the Court, the application for leave to appeal the June 14, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2014



Clerk

s0129